**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISON**

In Re:

LOIS SHURKIN  CHAPTER 7
  CASE NO. 17-21635-PGH

    Debtor.
_____/

## NOTICE OF APPEARANCE

COMES NOW, Angelo Castaldi of Tripp Scott, P.A., and hereby files his Notice of Appearance as counsel of record for the Creditor, VT Inc. as Trustee of World Omni LT in the above-styled case, and requests that the firm be provided copies of all pleadings filed herein and any notice of the matters arising in this action may be duly served on the undersigned at the following address:

> TRIPP SCOTT, P.A.
> Counsel for Creditor
> 110 SE 6th St., 15th Fl.
> Fort Lauderdale, FL 33301
> Angelo Castaldi, Esquire
> bankruptcy@trippscott.com
> Tel: 954-525-7500
>
> /s/ *Angelo Castaldi, Esquire*
> Angelo Castaldi, Esquire
> FBN: 119098

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of the Notice of Appearance was provided by U.S 1st Class or electronic mail to Lois Shurkin, 32 Abbey Lane #105, Delray Beach, FL 33446; Ronald Lewis, Esq., 165 E. Palmetto Park Road, Suite 200, Boca Raton, FL 33432; Robert C. Furr, 2255 Glades Road Ste. 337W, Boca Raton, FL 33431; *U.S. Trustee,* Office of the U.S. Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130 on this 10th day of October, 2017.

> /s/ *Angelo Castaldi, Esquire*
> Angelo Castaldi, Esquire